Hannan v. Dreckman, 182 Ill. App. 146.

## Sadie Hannan, Appellee, v. Frederick W. Dreckman, Appellant.

### Gen. No. 18,307. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WILLIAM FENIMORE COOPER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 9, 1913.

## Statement of the Case.

Action by Sadie Hannan against Frederick W. Dreckman on an agreement to pay a certain sum of money. From a judgment of one hundred and forty dollars for plaintiff, defendant appeals.

O'DONNELL & O'DONNELL, for appellant.

ARNOLD TRIPP, for appellee.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

1. EXECUTORS AND ADMINISTRATORS, § 364*—*what constitutes an agreement by an administrator.* Evidence *held* to support a find-

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

ing of an agreement by an administrator to pay an heir a certain sum of money on the sale of a mortgage.

2. FRAUDS, STATUTE OF, § 21*—*what is special promise to answer for debt of another.* A verbal agreement of an administrator, on distribution of an estate, to sell a mortgage and pay a portion of the proceeds to certain heirs, *held* to be an original undertaking and not within the statute of frauds.